UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDY LODERMEIER, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

against

AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY MCCARTHY, JASMINE MARRERO, CREDIT SUISSE SECUIRTIES (USA) LLC, HSBC SECURITIES (USA) INC., PIPER JAFFRAY & CO., CIBC WORLD MARKETS CORP. and BROTHERS CAPITAL LIMITED,

        Defendants.

08 Civ. 4456 (WHP)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David M. Brodsky, a member in good standing of the bar of this Court, hereby move for an Order, allowing the admission pro hac vice of

 James J. Farrell

 LATHAM & WATKINS LLP

 633 West Fifth Street, Suite 4000

 Los Angeles, CA 90071

 Tel: (213) 485-1234

 Fax: (213) 891-8763

 E-Mail: james.farrell@lw.com

James J. Farrell is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against James J. Farrell in any State or Federal court.

Dated: June 9, 2008
New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

By: _____
David M. Brodsky (NY Bar 1345131)

885 Third Avenue, Suite 1000
New York, New York 10022
T: (212) 906-1200
F: (212) 751-4864
*Counsel for Defendants*
*Agria Corporation*

To:     All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDY LODERMEIER, Individually and On Behalf of All Others Similarly Situated,<br><br>                                                    Plaintiff,<br>     against<br><br>AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY MCCARTHY, JASMINE MARRERO, CREDIT SUISSE SECUIRTIES (USA) LLC, HSBC SECURITIES (USA) INC., PIPER JAFFRAY & CO., CIBC WORLD MARKETS CORP. and BROTHERS CAPITAL LIMITED,<br><br>                                                    Defendants. | 08 Civ. 4456 (WHP)<br><br>**ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Upon the motion of David M. Brodsky, attorney for Defendant Agria Corporation and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

James J. Farrell

LATHAM & WATKINS LLP

633 West Fifth Street, Suite 4000

Los Angeles, CA 90071

Tel: (213) 485-1234

Fax: (213) 891-8763

Email: james.farrell@lw.com

is admitted to practice pro hac vice as counsel for Defendant Agria Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

2

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2008
New York, New York

_____
Honorable William H. Pauley
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDY LODERMEIER, Individually and On Behalf of All Others Similarly Situated,

                        Plaintiff,

against

AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY MCCARTHY, JASMINE MARRERO, CREDIT SUISSE SECUIRTIES (USA) LLC, HSBC SECURITIES (USA) INC., PIPER JAFFRAY & CO., CIBC WORLD MARKETS CORP. and BROTHERS CAPITAL LIMITED,

                        Defendants.

08 Civ. 4456 (WHP)

**AFFIDAVIT OF DAVID M. BRODSKY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

David M. Brodsky, hereby declares under the penalty of perjury as follows:

1.    I am a member of the law firm of Latham & Watkins LLP, counsel for Defendant Agria Corporation in this action. I submit this Affidavit in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting James J. Farrell admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to represent Defendant Agria Corporation in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1968. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have reviewed the Declaration of James J. Farrell in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the declaration is true and correct. James J. Farrell is fully familiar with the facts of this case.

4. I have found James J. Farrell to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. I respectfully submit a proposed order granting the admission of James J. Farrell, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the Court grant the motion for the admission *pro hac vice* of James J. Farrell to the bar of the United States District Court for the Southern District of New York.

Dated: June 9, 2008
New York, New York
Notarized:

*[signature]*
Sworn to before me on this day
9th, June, 2008.

Respectfully submitted,

*[signature]*
David M. Brodsky (NY Bar 1245131)

GLORIA E. TORRES
Notary Public, State of New York
No. 03-4723693
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires January 31, 2008

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDY LODERMEIER, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br> against<br><br>AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY MCCARTHY, JASMINE MARRERO, CREDIT SUISSE SECUIRTIES (USA) LLC, HSBC SECURITIES (USA) INC., PIPER JAFFRAY & CO., CIBC WORLD MARKETS CORP. and BROTHERS CAPITAL LIMITED,<br><br>         Defendants. | 08 Civ. 4456 (WHP)<br><br>**DECLARATION OF<br>JAMES J. FARRELL** |

James J. Farrell hereby declares under the penalty of perjury as follows:

1. I am a member of the law firm of Latham & Watkins, LLP, located at 633 West Fifth Street, Suite 4000, Los Angeles, California, 90071.

2. I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter. As demonstrated by the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4.   Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of June, 2008, in Los Angeles, California.

_____
James J. Farrell

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

Subscribed and sworn to (or affirmed) before me on this 6th day of June, 2008, by James J. Farrell, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary

Y. M. GUTIERREZ
Commission # 1662644
Notary Public - California
Los Angeles County
My Comm. Expires May 1, 2010

2

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

June 4, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES JOSEPH FARRELL, #166595 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDY LODERMEIER, Individually and on Behalf of All Others Similarly Situated,,<br><br>Plaintiff,<br><br>- against -<br><br>AGRIA CORPORATIOn, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY MCCARTHY, JASMINE MARRERO, CREDIT SUISSE SECURITIES (USA) LLC, HSBC SECURITIES (USA) INC., PIPER JAFFRAY & CO., CIBC WORLD MARKETS CORP. and BROTHERS CAPITAL LIMITED,<br><br>Defendants. | 08 Civ. 4456 (WHP)<br><br>**CERTIFICATE OF SERVICE** |

    I, Jessica L. Bengels, hereby certify that on June 11, 2008, true and correct copies of the annexed Motion to Admit Counsel Pro Hac Vice, dated 6/9/08, [Proposed] Order Granting Motion to Admit Counsel Pro Hac Vice, Affidavit of David M. Brodsky in Support of Motion to Admit Counsel Pro Hac Vice, dated 6/9/08, Declaration of Philip J. Wang, dated 6/9/08, and Declaration of James J. Farrell, dated 6/6/08, were caused to be served in accordance with the Federal Rules of Civil Procedure, via First Class United States Mail upon:

Fei-Lu Qian, Esq.
Jeremy Alan Lieberman, Esq.
Marc I. Gross, Esq.
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

LATHAM & WATKINS LLP

By: _____
    Jessica L. Bengels (JB-2290)

885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200
Counsel for Agria Corporation

NY\1419932.1