To:   All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/2008

| | |
|---|---|
| SANDY LODERMEIER, Individually and On Behalf of All Others Similarly Situated,<br><br>                                Plaintiff,<br>   against<br><br>AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY MCCARTHY, JASMINE MARRERO, CREDIT SUISSE SECURITIES (USA) LLC, HSBC SECURITIES (USA) INC., PIPER JAFFRAY & CO., CIBC WORLD MARKETS CORP. and BROTHERS CAPITAL LIMITED,<br><br>                                Defendants. | 08 Civ. 4456 (WHP)<br><br>**ORDER GRANTING MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |

Upon the motion of David M. Brodsky, attorney for Defendant Agria Corporation and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Philip J. Wang

LATHAM & WATKINS LLP

140 Scott Drive

Menlo Park, CA 94025

Tel: (650) 328-4600

Fax: (650) 463-2600

E-Mail: philip.wang@lw.com

is admitted to practice pro hac vice as counsel for Defendant Agria Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: June 17, 2008
New York, New York

_____
Honorable William H. Pauley
United States District Judge