UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDY LODERMIER, individually and on behalf of all
others similarly situated,

                        Plaintiff,

          - against –

AGRIA CORPORATION, GUANGLIN LAI, KENNETH
HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA
QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY
MCCARTHY, JASMINE MARRERO, CREDIT SUISSE
SECURITIES (USA), LLC, HSBC SECURITIES (USA),
INC., PIPER JAFFRAY & CO., CIBC WORLD MARKETS
CORP., and BROTHERS CAPITAL LIMITED,

                        Defendants.

---

08 Civ. 4456 (WHP)

**NOTICE OF APPEARANCE**

---

        PLEASE TAKE NOTICE that the following attorney appears as counsel on

behalf of Defendant Agria Corporation in the above-captioned action:

        Philip J. Wang
        Latham & Watkins LLP
        140 Scott Drive
        Menlo Park, CA 94025
        (650) 463-2600

Dated:  June 24, 2008
        Menlo Park, California              LATHAM & WATKINS LLP

                                  By:    /s/ Philip J. Wang
                                      Philip J. Wang *(admitted pro hac vice)*
                                      140 Scott Drive
                                      Menlo Park, CA 94025

                                      *Attorney for Defendant*
                                      *Agria Corporation*