UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDY LODERMIER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    - against –<br><br>AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY MCCARTHY, JASMINE MARRERO, CREDIT SUISSE SECURITIES (USA), LLC, HSBC SECURITIES (USA), INC., PIPER JAFFRAY & CO., CIBC WORLD MARKETS CORP., and BROTHERS CAPITAL LIMITED,<br><br>      Defendants. | 08 Civ. 4456 (WHP)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Agria Corporation, Kenneth Hua Huang, Gary Kim Ting Yeung, Zhaohua Qian, and Terry McCarthy in the above-captioned action:

   James J. Farrell
   Latham & Watkins LLP
   355 South Grand Avenue
   Los Angeles, CA 90071
   (213) 485-1234

Dated: July 16, 2008
   Los Angeles, California   LATHAM & WATKINS LLP

          By: /s/ James J. Farrell
            James J. Farrell (admitted *pro hac vice*)
            355 South Grand Avenue
            Los Angeles, CA 90071
            *Attorney for Defendants*
            *Agria Corporation, Kenneth Hua Huang,*
            *Gary Kim Ting Yeung, Zhaohua Qian,*
            *and Terry McCarthy*