UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SANDY LODERMEIER, Individually and On Behalf of All Others Similarly Situated,

                  Plaintiff,

v.

AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY MCCARTHY, JASMINE MARRERO, CREDIT SUISSE SECURITIES (USA) LLC, HSBC SECURITIES (USA) INC., PIPER JAFFRAY & CO., CIBC WORLD MARKETS CORP. and BROTHERS CAPITAL LIMITED,

                  Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

08-cv-04456

------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearances of Lawrence J. Byrne and the law firm of Linklaters LLP as counsel of record for Defendants Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., Piper Jaffray & Co., and CIBC World Markets Corp. in the above-captioned action.

Dated:    New York, New York
            August 6, 2008

                                        Respectfully submitted,

                                        Linklaters LLP

                                        By:   /s/ Lawrence J. Byrne
                                        Lawrence J. Byrne
                                        1345 Avenue of the Americas
                                        New York, NY 10105
                                        (212) 903-9000
                                        (212) 903-9100 (fax)

                Attorneys for Defendants Credit Suisse
                Securities (USA) LLC, HSBC Securities
                (USA) Inc., Piper Jaffray & Co., CIBC World
                Markets Corp.

## CERTIFICATE OF SERVICE

I hereby certify that, on August 6, 2008, I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE to be filed electronically with the Clerk of the Court on the ECF system, where the document is available for reviewing and downloading.

/s/ Lawrence J. Byrne
_____
Lawrence J. Byrne

A09764920/0.0/05 Aug 2008