UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SANDY LODERMEIER, Individually and On
Behalf of All Others Similarly Situated,

                     Plaintiff,

                 v.

AGRIA CORPORATION, GUANGLIN LAI,
KENNETH HUA HUANG, GARY KIM TING
YEUNG, ZHAOHUA QIAN, ZHIXIN XUE,
GEOFFREY DUYK, TERRY MCCARTHY,
JASMINE MARRERO, CREDIT SUISSE
SECURITIES (USA) LLC, HSBC SECURITIES
(USA) INC., PIPER JAFFRAY & CO., CIBC
WORLD MARKETS CORP. and BROTHERS
CAPITAL LIMITED,

                     Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

08-cv-04456

------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearances of Paul S. Hessler and the law firm of Linklaters LLP as counsel of record for Defendants Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., Piper Jaffray & Co., and CIBC World Markets Corp. in the above-captioned action.

Dated:    New York, New York
            August 6, 2008

                                          Respectfully submitted,

                                          Linklaters LLP

                                          By:   /s/ Paul S. Hessler
                                          Paul S. Hessler
                                          1345 Avenue of the Americas
                                          New York, NY 10105
                                          (212) 903-9000
                                          (212) 903-9100 (fax)

Attorneys for Defendants Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., Piper Jaffray & Co., CIBC World Markets Corp.

## CERTIFICATE OF SERVICE

I hereby certify that, on August 6, 2008, I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE to be filed electronically with the Clerk of the Court on the ECF system, where the document is available for reviewing and downloading.

/s/ Paul S. Hessler
———————————————
Paul S. Hessler

A09764921/0.0/05 Aug 2008