UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SANDY LODERMEIER, Individually and On
Behalf of All Others Similarly Situated,

       Plaintiff,

v.

AGRIA CORPORATION, GUANGLIN LAI,
KENNETH HUA HUANG, GARY KIM TING
YEUNG, ZHAOHUA QIAN, ZHIXIN XUE,
GEOFFREY DUYK, TERRY MCCARTHY,
JASMINE MARRERO, CREDIT SUISSE
SECURITIES (USA) LLC, HSBC SECURITIES
(USA) INC., PIPER JAFFRAY & CO., CIBC
WORLD MARKETS CORP. and BROTHERS
CAPITAL LIMITED,

       Defendants.

NOTICE OF ENTRY OF
APPEARANCE

08-cv-04456

------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

  Please enter the appearances of A. Hyun Rich and the law firm of Linklaters LLP as counsel of record for Defendants Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., Piper Jaffray & Co., and CIBC World Markets Corp. in the above-captioned action.

Dated: New York, New York
    August 6, 2008

            Respectfully submitted,

            Linklaters LLP

            By: /s/ A. Hyun Rich
            A. Hyun Rich
            1345 Avenue of the Americas
            New York, NY 10105
            (212) 903-9000
            (212) 903-9100 (fax)

Attorneys for Defendants Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., Piper Jaffray & Co., CIBC World Markets Corp.

# CERTIFICATE OF SERVICE

I hereby certify that, on August 6, 2008, I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE to be filed electronically with the Clerk of the Court on the ECF system, where the document is available for reviewing and downloading.

/s/ A. Hyun Rich
_____
A. Hyun Rich