

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com



MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9\3\08

September 3, 2008

VIA FACSIMILE

Hon. William H. Pauley, III, U.S.D.J.
United States Courthouse
Southern District of New York
500 Pearl Street, Suite 2210
New York, New York 10007



RECEIVED
SEP - 3 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re: *Lintz v. Agria Corp.*, No.: 1:08-cv-03536-WHP
 *LeBlanc v. Agria Corp.*, No. 1:08-cv-03886-WHP
 *Lodermier v. Agria Corp.*, No. 1:08-cv-044560UA

Dear Judge Pauley:

We represent lead plaintiff movant Nijat Tonyaz ("Tonyaz") and write, with the consent of defendants, to request an adjournment of the pre-trial conference ("PTC") scheduled for September 5, 2008.

By way of background, this case is a securities class action brought on behalf of shareholders of Agria Corp. and, as such, is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4 *et seq.* (the "PSLRA"). In accordance with the PSLRA, on June 10, 2008, two investors filed competing motions seeking consolidation of the above-referenced actions, appointment of lead plaintiff and approval of selection of lead counsel. One motion was filed by Tonyaz, the other by Senquan Gao ("Gao") and Michael Lewis ("Lewis"). In a filing on June 27, 2008, Gao and Lewis advised that they did not oppose the motion of Tonyaz.

The parties have also filed stipulations with the Court providing for a schedule, subject to Court approval, for the filing of a consolidated complaint after entry of the Order appointing Lead Plaintiff and briefing on Defendants' anticipated Motion to Dismiss.

58 South Service Road, Suite 200 · Melville, NY 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com



**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

Hon. William H. Pauley, III, U.S.D.J.
September 3, 2008
Page 2

In light of Tonyaz's unopposed motion, and the scheduling stipulations currently before the Court, we respectfully submit that, in the interests of judicial economy and efficiency, <u>the initial pre-trial conference scheduled for September 5, 2008 be adjourned</u> until after the briefing on defendants' motion to dismiss has been completed.

Respectfully submitted,

David A. Rosenfeld

DAR:dc

cc: Counsel of record

Application granted. The Court will schedule an initial pre-trial conference after it has appointed lead plaintiff.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9/3/2008