*Please Return to Cashiers*
*Note: Int Bearing Fund.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re AGRIA CORPORATION SECURITIES : Civil Action No. 1:08-cv-03536-WHP
LITIGATION :
 : CLASS ACTION
---------------------------------------- :
 :
This Document Relates To: : [PROPOSED] ORDER FOR
 : DISBURSEMENT OF FUNDS TO PAY LEAD
 ALL ACTIONS. : COUNSEL ATTORNEYS' FEES, EXPENSES,
 : AND INTEREST FROM COURT REGISTRY
---------------------------------------- x INVESTMENT SYSTEM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/11

RECEIVED
JUN 13 2011
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

629492_1

WHEREAS, on June 7, 2011, the Court entered the Order Awarding Lead Counsel Attorneys' Fees and Expenses;

WHEREAS, Lead Counsel has been awarded 25% of the $3,750,000.00 Settlement Fund (or $937,500.00), plus expenses in the amount of $43,506.31, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Fund until paid, pursuant to 15 U.S.C. §78u-4(a)(6);

WHEREAS, a total of $2,482.17 interest has been earned on the Settlement Fund (25% of that amount equals $620.54);

IT IS HEREBY ORDERED THAT:

From the Settlement Fund on deposit with the Court Registry Investment System, the Clerk of the Court shall issue a check payable to Robbins Geller Rudman & Dowd LLP in the amount of $981,626.85 for payment of Lead Counsel's fees ($937,500.00), expenses ($43,506.31), and interest ($620.54). The check shall be sent via overnight delivery to Ellen Gusikoff Stewart, Robbins Geller Rudman & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101. Lead Counsel shall provide the Court Clerk with its federal express billing number.

IT IS SO ORDERED.

DATED: June 28, 2011

THE HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

629492_1